1  ALEXANDER G. CALFO (SBN 152891)
   alexander.calfo@btlaw.com
2  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   gabrielle.anderson-thompson@btlaw.com
3  SARAH E. JOHNSTON (SBN 259504)
   sarah.johnston@btlaw.com
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:   (310) 284-3880
6  Facsimile:   (310) 284-3894

7  JAMES F. MURDICA (Admitted *pro hac vice*)
   jfmurdica@pbwt.com
8  **PATTERSON BELKNAP WEBB & TYLER LLP**
   1133 Avenue of the Americas
9  New York, New York 10036
   Telephone:   (212) 336-2921
10 Facsimile:   (212) 336-1242

11 Attorneys for Defendants
   JOHNSON & JOHNSON; JANSSEN RESEARCH &
12 DEVELOPMENT, LLC (sued herein as Johnson & Johnson
   Pharmaceutical Research & Development, L.L.C.);
13 JANSSEN PHARMACEUTICALS, INC. (sued herein as
   Ortho-McNeil-Janssen Pharmaceuticals, Inc.); and
14 MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHER DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KARYN JOY GROSSMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; and MCKESSON CORPORATION,<br><br>  Defendants. | Case No. 3:14-CV-03557-VC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>*[Assigned to Hon. Vince Chhabria]* |

/ / /

1

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 3:14-cv-03557-VC

Defendants JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (sued herein as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.); JANSSEN PHARMACEUTICALS, INC. (sued herein as Ortho-McNeil-Janssen Pharmaceuticals, Inc.); and MCKESSON CORPORATION (hereafter collectively "Defendants") hereby request the substitution of Barnes & Thornburg LLP as counsel of record in place and stead of Drinker Biddle & Reath LLP in the above-captioned matter.

Withdrawing counsel for Defendants is:

Michelle A. Childers
Drinker Biddle & Reath LLP
50 Fremont Street - 20th Fl.
San Francisco, CA 94105
415-591-7500
Fax: 415-591-7510
Email: michelle.childers@dbr.com

All pleadings, orders, and notices should henceforth be served upon the following counsel for Defendants, who have already appeared in this action:

Alexander G. Calfo
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:     (310) 284-3894
Email:         alexander.calfo@btlaw.com

Gabrielle Anderson-Thompson
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:     (310) 284-3894
Email:         gabrielle.anderson-thompson@btlaw.com

Sarah E. Johnston
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:     (310) 284-3894
Email:         sarah.johnston@btlaw.com

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

Case No. 3:14-cv-03557-VC

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

|   |   |
|---|---|
| 1 | James F. Murdica |
| 2 | Patterson Belknap Webb & Tyler LLP |
|   | 1133 Avenue of the Americas |
| 3 | New York, New York 10036 |
|   | Telephone:  (212) 336-2921 |
| 4 | Facsimile:   (212) 336-1242 |
|   | Email:        *jfmurdica@pbwt.com* |

5   The undersigned parties and attorneys consent to the above withdrawal and substitution of
6   counsel:

8   Dated: November 21, 2014

By: ___/s/ Elizabeth Carew_____
           Elizabeth Carew

Authorized Representative of Defendants
JOHNSON & JOHNSON; JANSSEN
RESEARCH & DEVELOPMENT, LLC (sued
herein as Johnson & Johnson Pharmaceutical
Research & Development, L.L.C.); and
JANSSEN PHARMACEUTICALS, INC. (sued
herein as Ortho-McNeil-Janssen
Pharmaceuticals, Inc.)

15   Dated: November 21, 2014

By: ___/s/ Georgette Pan_____
           Georgette Pan

Authorized Representative of Defendant
MCKESSON CORPORATION

20   Dated: November 21, 2014

By: ___/s/ Michelle A. Childers_____
           Michelle A. Childers

DRINKER BIDDLE and REATH, LLP

24   Dated: November 21, 2014

By: ___/s/ Sarah E. Johnston_____
           Alexander G. Calfo
           Gabrielle J. Anderson-Thompson
           Sarah E. Johnston

BARNES & THORNBURG LLP

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

Case No. 3:14-cv-03557-VC

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | |
|---|---|
| Dated: November 21, 2014 | By: /s/ James F. Murdica<br>James F. Murdica<br><br>PATTERSON BELKNAP WEBB & TYLER LLP |

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 21, 2014 at Los Angeles, California.

/s/ Sarah E. Johnston
Sarah E. Johnston

### [~~PROPOSED~~] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: December 15, 2014

Hon. Vince Chhabria
JUDGE OF THE UNITED STATES DISTRICT COURT